# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

---

WLODZIMIERZ J. DZWONCZYK

     vs.                                 CASE NUMBER: 5:10-CV-300 (DNH/ATB)

GLENN T. SUDDABY; NEAL P. McCURN; NORMAN A. MORDUE; LAWRENCE K. BAERMAN; JANE & JOHN DOES; and GORDON DOE

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss Defendant Judges Glenn T. Suddaby, Neal P. McCurn and Norman A. Mordue is GRANTED. The Complaint is DISMISSED IN ITS ENTIRETY as against Judge Glenn T. Suddaby, Senior Judge Neal P. McCurn, and Chief Judge Norman A. Mordue. The remainder of this action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(I)-(iii).  Any appeal taken from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 28th day of April, 2010.

DATED: April 28, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk